# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAIME RAUL SANCHEZ, | Case No. 2:19-cv-00088-JAD-DJA |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| ALLIED UNIVERSAL SECURITY SERVICES, ET AL., | |
| Defendants. | |

The Court previously granted Plaintiff's request to proceed *in forma pauperis* and screened the complaint pursuant to 28 U.S.C. § 1915. (ECF No. 3). It dismissed his original complaint without prejudice for lack of subject matter jurisdiction on March 12, 2019 and granted him leave to amend by April 11, 2019. (ECF No. 10). On March 25, 2020, the Court screened Plaintiff's amended complaint and again dismissed without prejudice for lack of subject matter jurisdiction. (ECF No. 14). The Court stated, "Failure to comply with this order will result in the recommendation of dismissal of this case." (*Id*. at 3). To date, the Court has not received an amended complaint or any request to extend the April 14, 2020 deadline for filing one.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

## NOTICE

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable

issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: April 17, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE